UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Shapiro

    v.                                                    Case No. 25-cv-530-LM-TSM

Joy Campanelli


ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 19, 2026. For the reasons explained therein, this case is dismissed without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States District Judge

Date: March 19, 2026


cc:   John Shapiro, pro se